IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          )
                                                ) Chapter 11 Proceeding
5K UTILITY AND CONSTRUCTION, INC.,              ) Case No. 309-05808
                                                ) Keith M. Lundin, Judge
      Debtor-in-possession.                    )

### EXPEDITED ORDER CONSOLIDATING HEARING ON DISCLOSURE STATEMENT AND CONFIRMATION HEARING AND SCHEDULING SAID HEARINGS FOR DECEMBER 15, 2009

Upon application of the Debtor, and for good cause shown unto me, the following is hereby **ORDERED**:

1) The hearing on the Disclosure Statement and the hearing on the Debtor's Chapter 11 Plan of Reorganization are hereby consolidated, and shall be set for December 15, 2009, at 9:00 a.m., in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

2) Creditors shall have until December 14, 2009, to file Ballots for acceptance or rejection of the Debtor's Plan.

3) Upon entry of this Order, counsel shall immediately serve copies of the executed Order, Plan of Reorganization, Disclosure Statement, and a blank Ballot, to all creditors and parties-in-interest herein.

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor-in-possession
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax:   (615) 255-4516
Email: slefkovitz@lefkovitz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have sent a true and exact copy of the foregoing to Beth Roberts Derrick, Assistant United States Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 19th day of December, 2009.

I further certify that I have sent a true and exact copy of the foregoing to the Debtor-in-possession and all creditors and parties-in-interest, by U.S. Mail, postage prepaid, this 19th day of December, 2009.

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz