IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: :<br>:<br>5K UTILITY ANC CONSTRUCTION, INC., :<br>:<br>  Debtor : | No. 3:09-bk-05808<br>Chapter 11<br>Judge Keith Lundin |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE,** that **MANIER & HEROD, P.C., and attorney thereof, Rebecca B. Howald,** hereby appear as local counsel on behalf of **WIRTH BUSINESS CREDIT** and submit this Notice of Appearance in the above-captioned proceeding. All notices given or required to be given in this case shall be given to and served upon Manier & Herod, P.C. via this Court's CM/ECF system at the following address:

>  Rebecca B. Howald
>  MANIER & HEROD
>  2200 One Nashville Place
>  150 Fourth Avenue, North
>  Nashville, Tennessee 37219
>  (615) 244-0030 – Phone
>  (615) 242-4203 – Facsimile
>  rhowald@manierherod.com

Please note that Christopher W. Conner, Garner & Conner, PLLC, P.O. Box 5059, Maryville, TN 37802 remains Lead Counsel on behalf of Wirth Business Credit and should continue to receive all notices given in this case.

DATED: December 14, 2009

492936

Respectfully submitted,

**MANIER & HEROD,**
**a Tennessee professional corporation**

*/s/ Rebecca B. Howald*
**REBECCA B. HOWALD**
MANIER & HEROD, P.C.
150 4th Ave. North, Suite 2200
Nashville, TN  37219
Tel.:    (615) 244-0030
Fax:    (615) 242-4203
rhowald@manierherod.com

**Local Counsel for Creditor**
**Wirth Business Credit**